

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00274-CV

| | | |
|---|---|---|
| SIMONE BARRON, AS TRUSTEE OF THE 3001 DECATUR TRUST, AND MERIE YAZBEK, Appellants | § | On Appeal from |
| | § | County Court at Law No. 3 |
| V. | § | of Tarrant County (2016-006915-3) |
| | § | April 8, 2021 |
| FORT WORTH TRANSPORTATION AUTHORITY, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Simone Barron, as Trustee of the 3001 Decatur Trust, and Merie Yazbek shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach